AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

John F. Munnerlyn, #222329

        Petitioner,                **JUDGMENT IN A CIVIL CASE**

vs.

                                          Case Number: 2:06-1559-PMD-RSC

The State of South Carolina,

        Respondent.

**Decision on the Record.** This action came before the court on the record, Honorable Patrick Michael Duffy, U.S. District Judge, presiding. The issues have been reviewed and a decision rendered. The Court having adopted the Report and Recommendations of Magistrate Judge Robert S. Carr,

    **IT IS ORDERED AND ADJUDGED** that this Petition is dismissed and the Petitioner shall take nothing on his Petition filed pursuant to Title 28: U.S.C. 2254.

                                                        LARRY W. PROPES, Clerk

                                                        By s/Susan K. Sanders
                                                                Deputy Clerk

November 22, 2006